In the United States District Court
For the Southern District of Georgia
Waycross Division

| | | |
|---|---|---|
| OTIS JONES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-46 |
| | * | |
| v. | * | |
| | * | |
| WARDEN HILTON HALL; ASSISTANT WARDEN RICKY STONE; JUDITH SMITH; and JAMIA PORTER, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. In that Report, the Magistrate Judge found Plaintiff alleged non-frivolous retaliation and free exercise claims against Defendants Smith and Porter. Id. at pp. 9–12. However, the Magistrate Judge recommended the Court dismiss Plaintiff's request for declaratory relief and for compensatory and punitive damages. The Magistrate Judge also recommended dismissal as to Plaintiff's equal protection, due process, and Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C.

§ 2000cc *et seq.*, claims and as to Defendants Hall and Stone entirely. Id. at pp. 5-9, 12-19.

No party to this case has filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 14, as the opinion of the Court. Plaintiff's free exercise and retaliation claims against Defendants Smith and Porter shall proceed. The Court **DISMISSES** Plaintiff's equal protection, due process, and RLUIPA claims. The Court **DISMISSES** Defendants Hall and Stone from this action. The Court **DISMISSES** Plaintiff's request for compensatory damages, punitive damages, and declaratory relief. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal as to these dismissed claims.

While the Court mailed a copy of the Report and Recommendation to Plaintiff at his last known address, on July 15, 2019, the post office returned that copy to the Court with the notations "unable to forward" and "return to sender" stamped on the envelope. Dkt. No. 16. The Court has previously instructed Plaintiff on the importance of updating his address with the Court, cautioning that "[f]ailure to do so will result in the dismissal of this case, without prejudice." Dkt. No. 8, p. 3. Nevertheless, Plaintiff failed to do so, and the Court is unable to proceed with this action without proper contact information for Plaintiff. Thus, in addition to adopting the

2

Magistrate's Report and Recommendation, the Court **ORDERS** Plaintiff, within **14 days** of this Order, to either show cause, in writing, as to why he failed to update his address with the Court, or, alternatively, update his mailing address with the Court. **Plaintiff is forewarned that failure to follow the terms of this Order will result in the dismissal of his case without prejudice.**

    **SO ORDERED**, this \_\_14\_\_ day of \_\_August\_\_, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)